

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
FACSIMILE: (212) 336-1319

August 17, 2009

*Via Facsimile*

Hon. John G. Koeltl
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09

AUG 17 2009

    Re:    **SEC v. Jon-Paul Rorech, et al.;**
           **No. 09 Civ. 4329 (JGK)**

Dear Judge Koeltl:

   We represent the Plaintiff, Securities and Exchange Commission, in this action.

   Late last Thursday, Defendant Rorech served a Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c). My colleague, Richard Primoff, and I are out of the office until after Labor Day beginning August 27th, and from then through September 18, are committed to long-standing pre-trial schedules in two other pending matters. For these reasons, I asked counsel for Rorech, Mr. Strassberg, to consent to an extension of the Commission's time to respond to his client's motion, to September 25. Mr. Strassberg refused our request, and insisted that the Commission's papers be served by September 18, on the ground that such a deadline would afford him his preferred time of two weeks to serve reply papers, before he was scheduled to leave town. Mr. Strassberg declined our invitation to take the time he needed on his return for his reply papers.

   We regret the necessity of requesting the Court's intervention on this matter, but absent the relief requested, we respectfully submit that the Commission's ability to properly respond to Defendant Rorech's motion will be prejudiced.

Respectfully submitted,

Nancy A. Brown
Senior Trial Counsel

*[Handwritten note from judge:]*
1. Time to respond extended to 9/25/09.
2. Time to reply extended to 10/23/09.
So ordered.
8/17/09   [signed] John G. Koeltl
          U.S.D.J.

Hon. John G. Koeltl                                      August 17, 2009
                                                                  Page 2

cc (via email):
Richard Strassberg, Esq.
Counsel for Defendant Jon-Paul Rorech

Lawrence Iason, Esq.
Counsel for Defendant Renato Negrin