UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
: No. 09-CV-4329 (JGK)
                Plaintiff, :
:
  -against- :
:
JON-PAUL RORECH and :
RENATO NEGRIN, :
             Defendants. :
:
-----------------------------------------------------------------x

## DEFENDANT RENATO NEGRIN'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

Please take notice that upon the attached memorandum of law, and upon the accompanying August 19, 2009 Declaration of Linda Fang and the exhibits attached thereto, defendant Renato Negrin hereby moves, pursuant to Federal Rule of Civil Procedure 12(c), for a judgment on the pleadings on the Securities and Exchange Commission's complaint for lack of subject matter jurisdiction and failure to state a claim.

Dated: New York, New York
       August 19, 2009

                                          Respectfully submitted,

                                          MORVILLO, ABRAMOWITZ, GRAND,
                                            IASON, ANELLO & BOHRER, P.C.

                                          By: /s/
                                                Lawrence Iason (LI 8996)
                                                Linda Fang (LF 3461)
                                                Claudio Ochoa (CR 7695)
                                          565 Fifth Avenue
                                          New York, New York 10017
                                          Tel: 212-856-9600
                                          Fax: 212-856-9494
                                          *Attorneys for Defendant Renato Negrin*