UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

    v.

JON-PAUL RORECH and
RENATO NEGRIN,

      Defendants.

09 Civ. 4329 (JGK)

ECF CASE

---

### STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANT NEGRIN'S FED. R. CIV. P. 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, and subject to the approval of the Court, that Plaintiff shall have until September 25, 2009 to file its opposition to Defendant Negrin's Motion for Judgment on the Pleadings (filed August 19, 2009) and Defendant Negrin shall have until October 23, 2009 to file any reply.

Dated: New York, New York
   August 20, 2009

SECURITIES AND EXCHANGE COMMISSION

By: _____
   Nancy A. Brown
   Senior Trial Counsel
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 4300
New York, New York 10281-1022
Tel.:   212-336-1023
Fax:   212-336-1319
E-mail:  brownn@sec.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/09
```

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By: _/s/ Lawrence Iason_
LAWRENCE IASON

Attorneys for Defendant
RENATO NEGRIN
565 Fifth Avenue
New York, NY 10017
Tel.:      212-880-9420
Fax:      212-856-9494
E-mail:  liason@maglaw.com

SO ORDERED:

_/s/_  6/6/eda
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          8/22, 2009

2