USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

       - against -

RORECH, ET AL.,

              Defendants.

---

09 Civ. 4329 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

1.  The motions in limine were decided in accordance with the Court's dispositions on the record at the conference held on April 1, 2010.  The plaintiff can respond to the defendants' motion in limine on the issue of the admissibility of defendant Rorech's Wells submission by **April 5, 2010**.

2.  By **April 2, 2010**, both parties are directed to submit a good faith order of witnesses to the opposing party.  At least **3 business days** before a witness testifies, the party proffering the witness is to provide the opposing party a list of exhibits to be offered through that witness.  The plaintiff shall provide a list of the exhibits to be used with its first three witnesses by **April 2, 2010**.  **Two days** prior to the testimony, the opposing party must submit to the proffering party a list of any objections to the exhibits.  The proffering party's responses are due by **12:00 p.m.** the day before the witness testifies.  The

proffering party must provide a list of the objections and replies to the Court the day prior to the testimony.

3. Deposition designations are due at least **3 days** before the relevant testimony is to be offered. The depositions should be marked with colors reflecting the designations and counter-designations. Each deposition should include a cover page indicating any objections and the response to the objections so that the Court has the opportunity to rule on such objections prior to the deposition being offered in evidence.

4. Trial will begin on **April 7, 2010** at **9 a.m.**

SO ORDERED.

Dated:      New York, New York
            April 1, 2010

                                    _____
                                         John G. Koeltl
                                    United States District Judge

2