

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1022

RICHARD G. PRIMOFF
TELEPHONE: (212) 336-0148
FACSIMILE: (212) 336-1322

April 14, 2010

**By Facsimile**

Hon. John G. Koeltl
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

> Re:    **SEC v. Jon-Paul Rorech, et al.;**
>        **No. 09 Civ. 4329 (JGK)**

Dear Judge Koeltl:

      I write on behalf of Plaintiff Securities and Exchange Commission to provide the Court with a list of the exhibits to be used in the direct examination of Jeremy Barnum. We have not been advised by Defendants of any objections to the listed exhibits.

Respectfully submitted,

Richard Primoff

cc (by email): Defense Counsel

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-19-10

Barnum Exhibits

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| DX 179 | Email messages among Barnum, Kushner, Burch, Carley, Stamos (07.18.06) (BM0000334-36) | | |
| DX 448 | Call 3D28 (07.12.06 11:57 am-12:09 pm BST) | | |
| PX 11-A | Call 1B2F (07.21.06 10:19 am-10:24 am EDT (0-5:32)) | | |
| DX 394 | Call 1B15 (07.19.06 10:13 am-10:28 am EDT (10:20-12:20)) | | |
| PX 9-A | Call 1AFC (07.17.06 1:28 pm-1:49 pm EDT (2:52-10:37)) | | |
| DX 243 | Bloomberg message between Barnum and Rorech (07.21.06) (DBSI 73981) | | |
| PX 10-A | Call 1B2E (07.21.06 9:45 am-10:03 am EDT (10:41-14:38)) | | |
| PX 100-A | Call WAV_BAD (07.13.06 11:48 am-11:55 am EDT (0-7:01)) | | |
| PX 6 | Email messages among Barnum, Burch, Liberman, Gerstein, Markus, Sampere, Feldstein (06.23.06-07.21.06) (BM0000294-301) | | |
| DX 413 | Call 1B32 (07.24.06 8:15 am-9:05 am EDT (42:05-44:20)) | | |
| DX 86 | Email messages among Barnum, Feldstein, Burch (07.12.06) (BM0000379-81) | | |
| PX 1 | Blue Mountain Trading Spread Sheets (no Bates) | | |

Barnum Transcripts Offered as Aids

| Call Description | Bates No. | Deposition Ex. No. |
|---|---|---|
| Call BAD | DBSI 75287-75292 | Rorech Ex. 8 |
| Call 1AFC | DBSI 4316-4320 | Barnum Ex. 15 |
| Call 1B15 | Defendants' Transcript | |
| Call 1B2E | DBSI 4343 | Barnum Ex. 16 |
| Call 1B2F | DBSI 4346-48 | Barnum Ex. 17 |
| Call 1B32 | Defendants' Transcript | |
| Call 3D28 | Defendants' Transcript | |