# GOODWIN PROCTER

Maryana Zubok
212.459.7151
MZubok@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

May 3, 2010

**VIA FACSIMILE (212) 805-7912**

Honorable Judge John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007-1312

Re:   **SEC v. Rorech, et al., No. 09-CV-4329 (JGK)**

Dear Judge Koeltl:

I write on behalf of Defendant Jon-Paul Rorech to notify the Court of an error in the trial record. On April 27, 2010, we moved a group of documents into evidence as Defendants' Expert Exhibits 151 through 182. (See Tr. 1598:19-25). However, these documents should have been moved into evidence as Defendants' Expert Exhibits 161 through 182. We would like to amend the trial record to reflect this change. All of the parties agree with this correction.

Respectfully submitted,

Maryana Zubok



Application granted
SO ORDERED:
[signature]
U.S.D.J.
5/3/10

cc (via e-mail):
Richard G. Primoff, Esq.
Lawrence Iason, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10